# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Fayette ONeal
10610 W Ruth Ave
Peoria Az 85345

Debtor(s)

Chapter: _13_

Case No: _26-6328-BKM_

## DECLARATION UNDER PENALTY OF
## PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

The debtor(s) shall answer the following questions:

1. Did you pay or promise to pay someone to help in preparing the documents for your bankruptcy filing:
   [ ] Yes   [X] No

2. If "yes", please give the following information about that person(s):
   Name:_____
   Address:_____
   City/State/Zip:_____
   Telephone No:_____

3. What amount did you pay or promise to pay for this help? (Fill in the blanks)

   Money:   Paid_____   Will Pay_____

   Personal Property or Services paid: (please explain):_____

4. Did you make any payments to the preparer for Court costs in connection with the filing of the bankruptcy?   [ ] Yes   [X] No. If yes, how much $_____.

I declare under penalty of perjury that the above statements are true.

_____
Debtor's Signature

Fayette ONeal
Print Name

10610 W. Ruth Ave
Address

_____
Joint Debtor Signature

_____
Print Name

_____
Address

**Warning: It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declarations: Fine of not more than $250,000 or imprisonment for not more than 5 years or both. 18 U.S.C. § 152 and § 3571.**

Local Form 1007-3 (08/18)   Declaration of Debtor Without An Attorney   Page 1