FORM nch13pln
REVISED 06/01/2026

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Case No.: 2:26−bk−06328−BKM

FAYETTE ONEAL
10610 W RUTH AVE
PEORIA, AZ 85345
SSAN: xxx−xx−9570
EIN:

Chapter: 13

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1.  Any objection by a creditor to the plan must be in writing and filed with the Bankruptcy Court, and copies served on the following parties, seven (7) days before the initial confirmation hearing or twenty−eight (28) days after service of the plan, whichever is later.

Address of the Bankruptcy Clerk's Office

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727

Address of Trustee

EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003

Address of Debtor(s)

FAYETTE ONEAL
10610 W RUTH AVE
PEORIA, AZ 85345

Address of Debtor(s) Attorney

FAYETTE ONEAL
10610 W RUTH AVE
PEORIA, AZ 85345

### − − − NOTICE CONTINUES ON NEXT PAGE − − −

2.    The Trustee will file recommendations/objections for original or amended plans no later than three (3) days before the initial confirmation hearing, or within fourteen (14) days after the creditor objection deadline if later. For post–confirmation plan modifications, the trustee will file within twenty–eight (28) days after the creditor objection deadline.

3.    Within thirty (30) days after the trustee files a recommendation/objection, the debtor must comply or file a specific objection. The Court may overrule any objection that doesn't clearly identify an issue with plan confirmation, and extension requests do not count as objections. If the debtor fails to comply, the trustee may move to dismiss the case. If no plan is confirmed or no payments have been made, that motion will be heard at the confirmation hearing or another date set by the Court. If a plan has been confirmed, the trustee must request a separate hearing on the motion to dismiss.

4.    The failure of a party in interest to timely file an objection to confirmation will constitute acceptance of the plan under Code § 1325.

5.    Failure to file the required documents and comply with all applicable Federal and Local Rules may result in dismissal of the case without further notice at the initial or continued confirmation hearing.

Date: July 10, 2026

Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101        Khadijia V. White–Thomas
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov